**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

SONYA BAILEY,
and others similarly situated,

      Plaintiff,

v.                                                                                  Case No. 1:07-cv-01089-JDB

YOUTH VILLAGES, INC.,

      Defendant.

**AGREED ORDER APPROVING SETTLEMENT AND DISMISSING
CASE WITH PREJUDICE**

The parties having submitted the settlement documents in this matter for *in camera* review by the Court, and the Court finding the same acceptable under the circumstances of the case, it is hereby ORDERED that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

**IT IS SO ORDERED** this, the 9th day of November, 2009.

                                                  s/ J. DANIEL BREEN
                                                  UNITED STATES DISTRICT JUDGE